

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00167-CV

**STEPHENS & JOHNSON OPERATING CO.**; Henry W. Breyer, III, Trust; CAH, Ltd.-MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust; E.R. Godbout Family Trust; Margaret J. Godbout; F.R. Keydel; R.L. Keydel; Pennye K. Maloney; David R. McNitt; RCA Trust One; Donald B. Scott; Sunset Production Corporation; Genessee Country Museum, Appellants

v.

Charles W. **SCHROEDER**, Elsie A. Schroeder Schneider, Hollis London, Terry Mengers Reel, Ted Mengers, Debbie Mengers Quates, August H. Setinmeyer, Carole Schroeder Miller, James M. Schroeder, Sally Schroeder Tinanus, James E. Schroeder, Sue Schroeder Stanford, Bill Schroeder, Wayne Hennecke, Diane Hennecke Rhodes, Jerri James, W. Tom Hailey, and Peggy Hailey, Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The appellate deadlines are reinstated. We **order** appellants' briefs due **October 17, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court